UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60420-CIV-SMITH/HUNT

THOMAS ROGERS,

    Plaintiff,

vs.

W.R. BERKLEY CORPORATION,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon Magistrate Judge Hunt's Report and Recommendation [DE 105], recommending Defendant's Verified Motion to Tax Attorneys' Fees [DE 73] be granted. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1) Magistrate Judge Hunt's Report and Recommendation [DE 105] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.[1]

2) Defendant's Verified Motion to Tax Attorneys' Fees [DE 73] is **GRANTED**. Defendant is awarded $21,421.00 in attorneys' fees.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 3rd day of February, 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

---

[1] The Court affirms and adopts the Report and Recommendation except for the error on page one that states that the Magistrate Judge recommends the "Motion be GRANTED IN PART and DENIED IN PART."

cc: All Counsel of Record